JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GILES JERRY MEDLOCK, JR., <br><br> Petitioner, <br><br> v. <br><br> J. R. LOZONO, Warden, <br><br> Respondent. | Case No. 2:19-cv-04228-GW (JDE) <br><br> JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

   IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: February 19, 2021

_____
GEORGE H. WU
United States District Judge